**Paul FEINER, Plaintiff—Appellant,**

v.

**OFFICE OF THE CITY CLERK; et al., Defendants—Appellees.**

No. 04–56082.

D.C. No. CV–04–03390–CBM.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 13, 2005.

Paul Feiner, Valley Glen, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

### MEMORANDUM**

Paul Feiner appeals pro se the district court's order denying his application to proceed in forma pauperis. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion. *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990). We affirm.

The district court did not abuse its discretion in denying Feiner leave to file in forma pauperis because Feiner's action is frivolous. *See id.* at 617 (holding that in forma pauperis complaint may be dismissed as frivolous when it contains no arguable basis in law or fact).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

